[No. 44986-9-I.   Division One.   July 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. J.T.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02931-5, Marsha J. Pechman, J., entered July 1, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44539-1-I.   Division One.   July 3, 2000.]

UNIVERSAL HOLDINGS LIMITED PARTNERSHIP, ET AL., *Respondents*, v. MICROSOFT CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31383-0, Peter Jarvis, J., entered April 2, 1999. *Reversed* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Baker, JJ.

[No. 44650-9-I.   Division One.   July 3, 2000.]

*In the Matter of the Personal Restraint of* LESLIE CHARMAINE ADAMS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, Richard A. Jones, J., entered February 16, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 45351-3-I.   Division One.   July 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-04065-3, Glenna Hall, J., entered September 29, 1999. *Affirmed* by unpublished per curiam opinion.